UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
ALJULAH CUTTS,

                     Plaintiff,

    -v-

CHRISTOPHER MILLER, Superintendent of Great
Meadow Correctional Facility,

                    Defendant.

------------------------------------------------------------------X

19-cv-10721 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2020

LEWIS J. LIMAN, United States District Judge:

      Aljulah Cutts, who is currently incarcerated, filed a petition for writ of habeas corpus over three months ago. On December 6, the Court ordered Respondent to answer the petition within sixty days of the order. (Dkt. No. 5.) The Court's Order to Answer was mailed to the Attorney General of the State of New York and the District Attorney of New York County on December 9, 2019.

      On December 12, 2019, as evidenced by Certified Mail # 7019 1640 0002 1693 8094, the Attorney General of the State of New York received the Order to Answer. The next day, as evidenced by Certified Mail # 7019 1640 0002 1693 8100, the District Attorney of New York County received the Order to Answer.

      No answer, nor even an appearance, has yet been filed.

      IT IS HEREBY ORDERED that, by March 6, 2020, Respondent shall file and serve (1) an answer to the petition and (2) the transcripts and briefs identified in Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner may file and serve reply papers, if any, within thirty days from the date he is served with Respondent's answer.

      The Clerk of Court shall serve a copy of this order and of the petition on the Attorney General of the State of New York by certified mail to 28 Liberty Street, New York, New York, 10005; and on the District Attorney of New York County by certified mail to 1 Hogan Place, New York, New York 10013. The Clerk of Court is also directed to mail a copy of this order to Petitioner.

      SO ORDERED.

Dated: February 19, 2020
       New York, New York

                                                             LEWIS J. LIMAN
                                                             United States District Judge