```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ALJULAH CUTTS,                                                     :
                             Petitioner,                           :
                                                                   :
             -v-                                                   :   19-cv-10721 (LJL)
                                                                   :
CHRISTOPHER MILER, Superintendent of Great                         :   ORDER
Meadow Correctional Facility,                                      :
                                                                   :
                             Respondent.                           :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2020

LEWIS J. LIMAN, United States District Judge:

The Court has received Petitioner's letter-motion requesting a 120-day extension of time to reply to Respondent's opposition to his petition for habeas corpus (Dkt. No. 14). That motion is GRANTED.

Petitioner shall file a reply no later than September 24, 2020.

Chambers will mail a copy of this order to Petitioner.

SO ORDERED.

Dated: May 26, 2020          _____
       New York, New York              LEWIS J. LIMAN
                                    United States District Judge