```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ALJULAH CUTTS,                                                    :
                                                                  :
                              Petitioner,                         :
                                                                  :       19-cv-10721 (LJL)
              -v-                                                 :
                                                                  :       ORDER
CHRISTOPHER MILLER,                                               :
                                                                  :
                              Respondent.                         :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of a letter from Petitioner requesting a 90-day extension to the deadline to file his reply to Respondent's brief in opposition to his petition for habeas corpus. Dkt. No. 16.  Petitioner's request for an extension of time is GRANTED.  Petitioner's reply will be due on December 23, 2020.  The Clerk of Court is respectfully directed to send a copy of this order to Petitioner.

      SO ORDERED.

Dated: October 1, 2020                      _____
      New York, New York                         LEWIS J. LIMAN
                                            United States District Judge