**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALJULAH CUTTS,

                        Plaintiff,                    19 **CIVIL** 10721 (LJL)

     -against-                                         **JUDGMENT**

CHRISTOPHER MILLER, Superintendent,
Green Meadow Correctional Facility,

                        Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 25, 2021, the petition for a writ of habeas pursuant to 28 U.S.C. § 2254 is DISMISSED. As Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c)(2). In addition, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Order would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 445 (1962).

**DATED:**  New York, New York
             September 20, 2022

                                                           **RUBY J. KRAJICK**

                                                            **Clerk of Court**
                         **BY:**             K. Mango
                                                           **Deputy Clerk**